## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANDREW IOANNIDIS, | : | No. 56 MAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 635 |
| | : | MD 2020 dated July 8, 2021 |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TOM WOLF, IN HIS OFFICIAL CAPACITY | : | |
| AS GOVERNOR OF THE | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| AND VERONICA DEGRAFFENREID, IN | : | |
| HER OFFICIAL CAPACITY AS ACTING | : | |
| SECRETARY OF THE COMMONWEALTH | : | |
| OF PENNSYLVANIA, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  February 23, 2022**

AND NOW, this 23rd day of February, 2022, the Order of the Commonwealth Court

is **AFFIRMED**.

Justice Brobson did not participate in the consideration or decision of this matter.